In re Owens-Illinois Inc.; Uniroyal Inc.; Industrial Holdings Corp.; Lockport Felt; Carborundum Company Interests; Scapa Dryers Inc.; Asten Inc.;- — -Defendants; Applying for Supervisory and/or Remedial Writs, Parish of Washington, 22nd Judicial District Court Div. G, Nos. 70,760, 72,154, 72,986; to the Court of Appeal, First Cir- *889 euit, Nos. 2002 CW 0450, 2002 CW 0451, 2002 CW 452.
Stay denied. Writ denied.
VICTORY, J., would grant the writ.
TRAYLOR, J., would grant the writ.